## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
#### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COURTNEY BARRINGTON BOYD | § | Case No. 12-11561 |
| MARLENE BOYD | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on             .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $         . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $         , for a total compensation of $       [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $         , for total expenses of $         [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ARVIND MAHENDRU_____
                                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 12-11561 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|---|---|---|
| Case Name: | COURTNEY BARRINGTON BOYD | | | | Date Filed (f) or Converted (c): | 08/24/2012 (f) |
| | MARLENE BOYD | | | | 341(a) Meeting Date: | 09/26/2012 |
| For Period Ending: | 12/13/2013 | | | | Claims Bar Date: | 02/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Property Located at : 5905 Forest Grove Blvd. Orlando, Fl 32 | 28,222.00 | 0.00 | OA | 0.00 | FA |
| 2.  Vacant Lot: SW 147 St. Ocala, FL 34473 Marion Oaks Unit 9blk | 4,500.00 | 4,500.00 | | 1,320.00 | FA |
| 3.  Vacant Lot: 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th C | 2,250.00 | 2,250.00 | | 2,401.00 | FA |
| 4.  Partners Federal Credit Saving Account XXXX 00 | 220.36 | 0.00 | | 0.00 | FA |
| 5.  Partners Federal Special Shares Account XXXX 01 | 506.09 | 0.00 | | 0.00 | FA |
| 6.  Partners Christmas Club XXXX 21 | 212.46 | 0.00 | | 0.00 | FA |
| 7.  Sun Trust Checking XXXX 2804 | 6.77 | 0.00 | | 0.00 | FA |
| 8.  Sun Trust Savings Account XXXX 3960 | 45.53 | 0.00 | | 0.00 | FA |
| 9.  3 beds, 2 dressers, 3 TV's, Night Stand, Amoir, Sofa, Love s | 700.00 | 0.00 | | 0.00 | FA |
| 10.  CD's | 15.00 | 0.00 | | 0.00 | FA |
| 11.  Husbands Used Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 12.  Wife's Used Clothing | 30.00 | 0.00 | | 0.00 | FA |
| 13.  Americo Financial Life XXXX2146 (Face Value) | 100,000.00 | 0.00 | | 0.00 | FA |
| 14.  Minesota Life  XXXX 7403 (Face Value) | 140,000.00 | 0.00 | | 0.00 | FA |
| 15.  American Funds IRA XXXX 4195 | 10,410.12 | 0.00 | | 0.00 | FA |
| 16.  Disney Stock XXXX 8972 | 1,173.14 | 0.00 | | 0.00 | FA |
| 17.  2002 Honda Accord SE VIN: 1HGCG567X2A003304<br>Condition: Fair | 3,875.00 | 0.00 | OA | 0.00 | FA |
| 18.  2007 Toyota Tacoma PreRunner VIN: 5TEKU72N77Z363078<br>Conditio | 14,575.00 | 0.00 | OA | 0.00 | FA |
| 19.  1996 Honda Civic Hatchback DX VIN: 2HGEJ6448TH125493<br>Conditi | 1,300.00 | 0.00 | OA | 0.00 | FA |
| 20.  2 Dogs | 2.00 | 0.00 | | 0.00 | FA |
| 21.  Service Fees | 0.00 | 300.00 | | 300.00 | FA |
| 22.  2012 Tax Refund (u) | 0.00 | 278.00 | | 278.00 | FA |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 12-11561 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|---|---|---|

Case Name:   COURTNEY BARRINGTON BOYD   

Date Filed (f) or Converted (c):   08/24/2012 (f)

MARLENE BOYD   

341(a) Meeting Date:   09/26/2012

For Period Ending:   12/13/2013   

Claims Bar Date:   02/14/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $308,093.47   $7,328.00   $4,299.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset # 2-Auction- Vacant Land
Asset #3-Ten (10) consecutive monthly payments of $255.00, Vacant Lot: 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th Court Rd. Ocala, FL 34473;
11/13/12 - Application to Employ Robert H. Ewald and the auctioneering firm of Ewald Enterprises, Inc., d/b/a Ewald Auction & Realty as Auctioneer Doc # 18;
11/19/12 - Order Approving Application to Employ/Retain Robert H Ewald as auctioneer Doc # 22;
11/13/12 - Notice of Public Auction. Auction to be held: 12/08/2012 @ 10:00am w/21 days negative notice A vacant residential lot on SW 147 St, Ocala, and Marion County, FL
with PIN #8009-1256-22 Doc # 19;
2/20/13 - Notice of Intent to Sell w/ 21 days negative notice Vacant Lot: 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th Court Rd. Ocala, FL 34473 Parcel:8004-0537-26 Joint
with Dorreth Boyd SEC 36 TWP 17 RGE 21 PLAT BOOK O PAGE 053 MARION OAKS UNIT 4 BLK 537 LOT 26 Doc # 33
2/20/13- Application for Compensation for Robert H Ewald, Auctioneer, Fee: $240.00, Expenses: $85.08
2/20/13 - Notice of Abandonment of Property with 21 Day Negative Notice  Doc #32
8/31/13 - Trustee's Report of Sale Vacant Lot: 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th Court Rd. Ocala, FL 34473 Parcel: 8004-0537-26 Joint with Dorreth Boyd SEC 36
 TWP 17 RGE 21 PLAT BOOK O PAGE 053 MARION OAKS UNIT 4 BLK 537 LOT 26

Initial Projected Date of Final Report (TFR): 12/02/2013      Current Projected Date of Final Report (TFR): 12/02/2013

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-11561

Case Name: COURTNEY BARRINGTON BOYD

MARLENE BOYD

Taxpayer ID No: XX-XXX7718

For Period Ending: 12/13/2013

Trustee Name: ARVIND MAHENDRU

Bank Name: Union Bank

Account Number/CD#: XXXXXX3717

Checking Account

Blanket Bond (per case limit): $100,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/12 | | BOYD, COURTNEY BARRINGTON 966 VALLEY DRIVE APOPKA, FL 32712 | payment on  Vacant Land Asset #3 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th Court Rd. Ocala, FL 34473 Parcel: 8004-0537-26 Joint with Dorreth Boyd SEC 36 TWP 17 RGE 21 PLAT BOOK O PAGE 053 MARION OAKS UNIT 4 BLK 537 LOT 26 | | $255.00 | | $255.00 |
| | | | Gross Receipts                    $255.00 | | | | |
| | 21 | | Service Fees                        $30.00 | 1129-000 | | | |
| | 3 | | Vacant Lot: 053 Marion Oaks         $225.00 Unit 4 Blk. 537 Lot 26 SW 20th C | 1110-000 | | | |
| 12/26/12 | | BOYD, COURTNEY BARRINGTON 966 VALLEY DRIVE APOPKA, FL 32712 | payment on vacant land Asset # 3 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th Court Rd. Ocala, FL 34473 Parcel: 8004-0537-26 Joint with Dorreth Boyd SEC 36 TWP 17 RGE 21 PLAT BOOK O PAGE 053 MARION OAKS UNIT 4 BLK 537 LOT 26 | | $255.00 | | $510.00 |
| | | | Gross Receipts                    $255.00 | | | | |
| | 21 | | Service Fees                        $30.00 | 1129-000 | | | |
| | 3 | | Vacant Lot: 053 Marion Oaks         $225.00 Unit 4 Blk. 537 Lot 26 SW 20th C | 1110-000 | | | |
| 01/30/13 | | BOYD, COURTNEY BARRINGTON 966 VALLEY DRIVE APOPKA, FL 32712 | payment on vacant land Asset # 3 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th Court Rd. Ocala, FL 34473 Parcel: 8004-0537-26 Joint with Dorreth Boyd SEC 36 TWP 17 RGE 21 PLAT BOOK O PAGE 053 MARION OAKS UNIT 4 BLK 537 LOT 26 | | $255.00 | | $765.00 |
| | | | Gross Receipts                    $255.00 | | | | |

Page Subtotals:                                                   $765.00          $0.00

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No:  12-11561
Case Name:  COURTNEY BARRINGTON BOYD
MARLENE BOYD

Taxpayer ID No: XX-XXX7718
For Period Ending: 12/13/2013

Trustee Name:  ARVIND MAHENDRU
Bank Name:  Union Bank
Account Number/CD#:  XXXXXX3717
Checking Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 21 | | Service Fees $30.00 | 1129-000 | | | |
| | 3 | | Vacant Lot: 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th C $225.00 | 1110-000 | | | |
| 02/15/13 | 2 | Ewald Enterprises, Inc 12472 Lake Underhill Rd. Ste 312 Orlando, FL 32828 | Land Auction payment- Asset # 2  Notice of Public Auction. Auction to be held: 12/08/2012 @ 10:00am w/21 days negative notice A vacant residential lot on SW 147 St, Ocala, and Marion County, FL  Doc # 19 | 1110-000 | $1,320.00 | | $2,085.00 |
| 02/26/13 | | BOYD, COURTNEY BARRINGTON 966 VALLEY DRIVE APOPKA, FL 32712 | payment on vacant land Asset # 3 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th Court Rd. Ocala, FL 34473 Parcel: 8004-0537-26 Joint with Dorreth Boyd SEC 36 TWP 17 RGE 21 PLAT BOOK O PAGE 053 MARION OAKS UNIT 4 BLK 537 LOT 26 | | $255.00 | | $2,340.00 |
| | | | Gross Receipts $255.00 | | | | |
| | 21 | | Service Fees $30.00 | 1129-000 | | | |
| | 3 | | Vacant Lot: 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th C $225.00 | 1110-000 | | | |
| 03/21/13 | 301 | Robert H Ewald Robert H Ewald Ewald Enterprises Inc 12472 Lake Underhill Rd Ste 312 Orlando, FL 32828-7144 | Application for Compensation for Robert H Ewald, Auctioneer, Fee: $240.00 Doc # 34 | 3610-000 | | $240.00 | $2,100.00 |
| 03/21/13 | 302 | Robert H Ewald Robert H Ewald Ewald Enterprises Inc 12472 Lake Underhill Rd Ste 312 Orlando, FL 32828-7144 | Application for Compensation for Robert H Ewald, Auctioneer, Expenses:$85.08 Doc #34 | 3620-000 | | $85.08 | $2,014.92 |
| 03/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $15.00 | $1,999.92 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:                    $1,575.00          $340.08

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2

Page: 3

Case No: 12-11561
Case Name: COURTNEY BARRINGTON BOYD
MARLENE BOYD

Taxpayer ID No: XX-XXX7718
For Period Ending: 12/13/2013

Trustee Name: ARVIND MAHENDRU
Bank Name: Union Bank
Account Number/CD#: XXXXXX3717
Checking Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/13 | | BOYD, COURTNEY BARRINGTON 966 VALLEY DRIVE APOPKA, FL 32712 | Payment on vacant land Asset # 3 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th Court Rd. Ocala, FL 34473 Parcel: 8004-0537-26 Joint with Dorreth Boyd SEC 36 TWP 17 RGE 21 PLAT BOOK O PAGE 053 MARION OAKS UNIT 4 BLK 537 LOT 26 | | $255.00 | | $2,254.92 |
| | | | Gross Receipts              $255.00 | | | | |
| | 21 | | Service Fees                $30.00 | 1129-000 | | | |
| | 3 | | Vacant Lot: 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th C   $225.00 | 1110-000 | | | |
| 04/25/13 | | BOYD, COURTNEY BARRINGTON 966 VALLEY DRIVE APOPKA, FL 32712 | payment on vacant land 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th Court Rd. Ocala, FL 34473 | | $255.00 | | $2,509.92 |
| | | | Gross Receipts              $255.00 | | | | |
| | 21 | | Service Fees                $30.00 | 1129-000 | | | |
| | 3 | | Vacant Lot: 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th C   $225.00 | 1110-000 | | | |
| 04/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $15.00 | $2,494.92 |
| 04/30/13 | | IRS IRS PO Box 7346 Philadelphia, PA 19101-7346 | 2012 Tax Refund Check | | $429.00 | | $2,923.92 |
| | | | Gross Receipts              $429.00 | | | | |
| | 22 | | 2012 Tax Refund             $278.00 | 1224-000 | | | |
| | 3 | | Vacant Lot: 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th C   $151.00 | 1110-000 | | | |
| 05/28/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $15.00 | $2,908.92 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*        Page Subtotals:        $939.00        $30.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-11561

Case Name: COURTNEY BARRINGTON BOYD

MARLENE BOYD

Taxpayer ID No: XX-XXX7718

For Period Ending: 12/13/2013

Trustee Name: ARVIND MAHENDRU

Bank Name: Union Bank

Account Number/CD#: XXXXXX3717

Checking Account

Blanket Bond (per case limit): $100,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/13 | | BOYD, COURTNEY BARRINGTON 966 VALLEY DRIVE APOPKA, FL 32712 | payment on Asset # 3-vacant Lot 053 Marion Oaks Unit 4 Blk. 537 Lot 26 SW 20th Court Rd. Ocala, FL 34473 | | $255.00 | | $3,163.92 |
| | | | Gross Receipts                    $255.00 | | | | |
| | 21 | | Service Fees                      $120.00 | 1129-000 | | | |
| | 3 | | Vacant Lot: 053 Marion Oaks       $135.00 Unit 4 Blk. 537 Lot 26 SW 20th C | 1110-000 | | | |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,148.92 |
| 06/27/13 | 3 | COURTNEY BARRINGTON BOYD 966 VALLEY DRIVE APOPKA, FL  32712 | payment on Asset # 3-Vacant Lot | 1110-000 | $255.00 | | $3,403.92 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,388.92 |
| 07/30/13 | 3 | COURTNEY BARRINGTON BOYD 966 VALLEY DRIVE APOPKA, FL  32712 | payment on asset #3 Vacant lot | 1110-000 | $255.00 | | $3,643.92 |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,628.92 |
| 08/28/13 | 3 | COURTNEY BARRINGTON BOYD 966 VALLEY DRIVE APOPKA, FL  32712 | payment on Asset # 3 vacant lot | 1110-000 | $255.00 | | $3,883.92 |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,868.92 |
| 10/06/13 | 303 | COURTNEY BARRINGTON BOYD & Marlene Boyd 966 VALLEY DRIVE APOPKA, FL  32712 | Overpayment on Notice of Intent to Sell w/ 21 days negative notice Vacant Lot Doc #33 | 8500-003 | | $151.00 | $3,717.92 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals:                                                $1,020.00          $211.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-11561

Case Name: COURTNEY BARRINGTON BOYD

MARLENE BOYD

Taxpayer ID No: XX-XXX7718

For Period Ending: 12/13/2013

Trustee Name: ARVIND MAHENDRU

Bank Name: Union Bank

Account Number/CD#: XXXXXX3717

Checking Account

Blanket Bond (per case limit): $100,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,702.92 |
| 12/10/13 | 303 | COURTNEY BARRINGTON BOYD & Marlene Boyd 966 VALLEY DRIVE APOPKA, FL  32712 | Overpayment on Notice of Intent to Sell w/ 21 days negative notice Vacant Lot Doc #33 Reversal Check returned by USPS as undeliverable. Confirmed the address with debtor attorney. still the same, check is being reissued to the debtor. | 8500-003 | | ($151.00) | $3,853.92 |
| 12/10/13 | 304 | COURTNEY BARRINGTON BOYD & Marlene Boyd 966 VALLEY DRIVE APOPKA, FL  32712 | Overpayment on Notice of Intent to Sell w/ 21 days negative notice Vacant Lot Doc #33 | 8500-002 | | $151.00 | $3,702.92 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,299.00 | $596.08 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,299.00 | $596.08 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,299.00 | $596.08 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals:                    $0.00          $15.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3717 - Checking Account | $4,299.00 | $596.08 | $3,702.92 |
|  | $4,299.00 | $596.08 | $3,702.92 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,299.00 |
| Total Gross Receipts: | $4,299.00 |

# Middle District of Florida
# Claims Register

### 6:12-bk-11561-CCJ Courtney Barrington Boyd and Marlene Boyd

**Judge:** Cynthia C. Jackson    **Chapter:** 7
**Office:** Orlando    **Last Date to file claims:** 02/14/2013
**Trustee:** Arvind Mahendru    **Last Date to file (Govt):**

| Creditor: (22428858)<br>Partners Fed Cr Un<br>Po Box 25020<br>Anaheim, CA 92825 | Claim No: 1<br>*Original Filed Date:* 11/14/2012<br>*Original Entered Date:* 11/14/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Auto-Claim Filer<br>*Modified:* |
|---|---|---|

| Amount claimed: $9832.37 |
|---|

**History:**

| Details | | 1-1 | 11/14/2012 | Claim #1 filed by Partners Fed Cr Un, Amount claimed: $9832.37 (Auto-Claim Filer) |
|---|---|---|---|---|

*Description:*

*Remarks:* (1-1) Account Number (last 4 digits):5753

| Creditor: (23290180)<br>American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866   Claimant History | Claim No: 2<br>*Original Filed Date:* 11/15/2012<br>*Original Entered Date:* 11/15/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* American InfoSource (LW)<br>*Modified:* |
|---|---|---|

| Amount claimed: $3465.31 |
|---|

**History:**

| Details | | 2-1 | 11/15/2012 | Claim #2 filed by American InfoSource LP as agent for, Amount claimed: $3465.31 (American InfoSource (LW)) |
|---|---|---|---|---|
| | | 36 | 04/11/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor American InfoSource LP as agent for TD Bank, USA. (American InfoSource (LW)) |

*Description:* 2940

*Remarks:*

| | | |
|---|---|---|

**History:**

| Details | | 3-1 | 11/15/2012 | Claim #3 filed by American InfoSource LP as agent for, Amount claimed: $1740.91 (American InfoSource (LW)) |
|---|---|---|---|---|
| | | 37 | 04/11/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor American InfoSource LP as agent for TD Bank, USA. (American InfoSource (LW)) |

*Description:*

*Remarks:*

| Creditor: (23290180)<br>American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866    Claimant History | Claim No: 3<br>Original Filed<br>Date: 11/15/2012<br>Original Entered<br>Date: 11/15/2012 | Status:<br>Filed by: CR<br>Entered by: American InfoSource (LW)<br>Modified: |
|---|---|---|

| Amount claimed: $1740.91 |
|---|

| History: | | | | |
|---|---|---|---|---|
| Details | 3-1 | 11/15/2012 | Claim #3 filed by American InfoSource LP as agent for, Amount claimed: $1740.91 (American InfoSource (LW)) | |
| | 37 | 04/11/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor American InfoSource LP as agent for TD Bank, USA. (American InfoSource (LW)) | |

| Description: | 0880 |
|---|---|

| Remarks: | |
|---|---|

| Creditor: (22741865)<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim No: 4<br>Original Filed<br>Date: 11/16/2012<br>Original Entered<br>Date: 11/16/2012 | Status:<br>Filed by: CR<br>Entered by: Discover Bank DB Servicing Corp (MW)<br>Modified: |
|---|---|---|

| Amount claimed: $1620.96 |
|---|

| History: | | | |
|---|---|---|---|
| Details | 4-1 | 11/16/2012 | Claim #4 filed by Discover Bank, Amount claimed: $1620.96 (Discover Bank DB Servicing Corp (MW)) |

| Description: | |
|---|---|

| Remarks: | 1132 |
|---|---|

| Creditor: (22749609)<br>GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim No: 5<br>Original Filed<br>Date: 11/19/2012<br>Original Entered<br>Date: 11/19/2012 | Status:<br>Filed by: CR<br>Entered by: GE Money Bank<br>Modified: |
|---|---|---|

| Amount claimed: $1829.98 |
|---|

| History: | | | |
|---|---|---|---|
| Details | 5-1 | 11/19/2012 | Claim #5 filed by GE Capital Retail Bank, Amount claimed: $1829.98 (GE Money Bank) |

| Description: | |
|---|---|

| Remarks: (5-1) DILLARD'S or GEMB | 2563 |
|---|---|

| Creditor:        (23322851)<br>Portfolio Investments II LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605        Claimant<br>History | **Claim No: 6**<br>*Original Filed<br>Date:* 11/19/2012<br>*Original Entered<br>Date:* 11/19/2012 | *Status:* Transfer of Claim w/Waiver of<br>Notice 46<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |
|---|---|---|

Amount claimed: $2400.15

**History:**

| Details | 6-1 | 11/19/2012 | Claim #6 filed by GE Capital Retail Bank, Amount claimed: $2400.15 (GE Money Bank) |
|---|---|---|---|
| | 46 | 04/18/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor Recovery Management Systems Corp.. (GE Money Bank) Status: Transfer of Claim w/Waiver of Notice |

*Description:*

*Remarks:* (6-1) LOWES CONSUMER or GEMB    9368

| Creditor:        (23322851)<br>Portfolio Investments II LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605        Claimant<br>History | **Claim No: 7**<br>*Original Filed<br>Date:* 11/19/2012<br>*Original Entered<br>Date:* 11/19/2012 | *Status:* Transfer of Claim w/Waiver of<br>Notice 45<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |
|---|---|---|

Amount claimed: $4233.97

**History:**

| Details | 7-1 | 11/19/2012 | Claim #7 filed by GE Capital Retail Bank, Amount claimed: $4233.97 (GE Money Bank) |
|---|---|---|---|
| | 45 | 04/18/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor Recovery Management Systems Corp.. (GE Money Bank) Status: Transfer of Claim w/Waiver of Notice |

*Description:*

*Remarks:* (7-1) SAM'S CLUB DISCOVER or GEMB    3972

| Creditor:        (23322851)<br>Portfolio Investments II LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605        Claimant<br>History | **Claim No: 8**<br>*Original Filed<br>Date:* 11/19/2012<br>*Original Entered<br>Date:* 11/19/2012 | *Status:* Transfer of Claim w/Waiver of<br>Notice 44<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |
|---|---|---|

Amount claimed: $3714.63

**History:**

| Details | 8-1 | 11/19/2012 | Claim #8 filed by GE Capital Retail Bank, Amount claimed: $3714.63 (GE Money Bank) |
|---|---|---|---|
| | 44 | 04/18/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor Recovery Management Systems Corp.. (GE Money Bank) Status: Transfer of Claim w/Waiver of Notice |

*Description:*

*Remarks:* (8-1) WALMART or GEMB    1143

**History:**

| Details | 8-1 | 11/19/2012 | Claim #8 filed by GE Capital Retail Bank, Amount claimed: $3714.63 (GE Money Bank) |
| --- | --- | --- | --- |
| | 44 | 04/18/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor Recovery Management Systems Corp.. (GE Money Bank) Status: Transfer of Claim w/Waiver of Notice |

**Description:**

Remarks: (8-1) WALMART or GEMB

---

| Creditor: (23322851) Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 Claimant History | Claim No: 9 Original Filed Date: 11/19/2012 Original Entered Date: 11/19/2012 | Status: Transfer of Claim w/Waiver of Notice 43 Filed by: CR Entered by: GE Money Bank Modified: |
| --- | --- | --- |

Amount claimed: $1193.28

**History:**

| Details | 9-1 | 11/19/2012 | Claim #9 filed by GE Capital Retail Bank, Amount claimed: $1193.28 (GE Money Bank) |
| --- | --- | --- | --- |
| | 43 | 04/18/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor Recovery Management Systems Corp.. (GE Money Bank) Status: Transfer of Claim w/Waiver of Notice |

**Description:**

Remarks: (9-1) WALMART or GEMB   9727

---

| Creditor: (23322851) Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 Claimant History | Claim No: 10 Original Filed Date: 11/19/2012 Original Entered Date: 11/19/2012 | Status: Transfer of Claim w/Waiver of Notice 42 Filed by: CR Entered by: GE Money Bank Modified: |
| --- | --- | --- |

Amount claimed: $1495.63

**History:**

| Details | 10-1 | 11/19/2012 | Claim #10 filed by GE Capital Retail Bank, Amount claimed: $1495.63 (GE Money Bank) |
| --- | --- | --- | --- |
| | 42 | 04/18/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor Recovery Management Systems Corp.. (GE Money Bank) Status: Transfer of Claim w/Waiver of Notice |

**Description:**   9378

Remarks: (10-1) WALMART or GEMB

| Creditor: (23322851) Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605    Claimant History | Claim No: 11 Original Filed Date: 11/19/2012 Original Entered Date: 11/19/2012 | Status: Transfer of Claim w/Waiver of Notice 41 Filed by: CR Entered by: GE Money Bank Modified: |
|---|---|---|

| Amount | claimed: | $1617.34 | | |
|---|---|---|---|---|

**History:**

| Details | 🔵 | 11-1 | 11/19/2012 | Claim #11 filed by GE Capital Retail Bank, Amount claimed: $1617.34 (GE Money Bank) |
|---|---|---|---|---|
| | | 41 | 04/18/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor Recovery Management Systems Corp.. (GE Money Bank) Status: Transfer of Claim w/Waiver of Notice |

Description:

Remarks: (11-1) SAM'S CLUB or GEMB    *1358*

| Creditor: (23322851) Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605    Claimant History | Claim No: 12 Original Filed Date: 11/19/2012 Original Entered Date: 11/19/2012 | Status: Transfer of Claim w/Waiver of Notice 40 Filed by: CR Entered by: GE Money Bank Modified: |
|---|---|---|

| Amount | claimed: | $3023.60 | | |
|---|---|---|---|---|

**History:**

| Details | 🔵 | 12-1 | 11/19/2012 | Claim #12 filed by GE Capital Retail Bank, Amount claimed: $3023.60 (GE Money Bank) |
|---|---|---|---|---|
| | | 40 | 04/18/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor Recovery Management Systems Corp.. (GE Money Bank) Status: Transfer of Claim w/Waiver of Notice |

Description:

Remarks: (12-1) JCPENNEY CREDIT SERVICES or GEMB    *3119*

| Creditor: (22786219) RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | Claim No: 13 Original Filed Date: 11/29/2012 Original Entered Date: 11/29/2012 | Status: Filed by: CR Entered by: RBS Citizens Bank (MT) Modified: |
|---|---|---|

| Amount | claimed: | $4330.05 | | |
|---|---|---|---|---|

**History:**

| Details | 🔵 | 13-1 | 11/29/2012 | Claim #13 filed by RBS Citizens, Amount claimed: $4330.05 (RBS Citizens Bank (MT)) |
|---|---|---|---|---|

Description: (13-1) Credit Card

Remarks:    *8216*

| Creditor: (22799322) FIA Card Services, N.A. as successor to Bank of America, N.A. (USA) and MBNA America Bank, N.A. 4161 Piedmont Parkway (NC4 105 03 14) Greensboro, NC 27410 | **Claim No: 14** Original Filed Date: 11/30/2012 Original Entered Date: 11/30/2012 | Status: Filed by: CR Entered by: Auto-Claim Filer Modified: |
|---|---|---|

Amount claimed: $1607.23 ||||

History:

| Details | 🔘 | 14-1 | 11/30/2012 | Claim #14 filed by FIA Card Services, N.A. as successor to, Amount claimed: $1607.23 (Auto-Claim Filer) |
|---|---|---|---|---|

Description:

Remarks: (14-1) Account Number (last 4 digits):4406

| Creditor: (22799322) FIA Card Services, N.A. as successor to Bank of America, N.A. (USA) and MBNA America Bank, N.A. 4161 Piedmont Parkway (NC4 105 03 14) Greensboro, NC 27410 | **Claim No: 15** Original Filed Date: 11/30/2012 Original Entered Date: 11/30/2012 | Status: Filed by: CR Entered by: Auto-Claim Filer Modified: |
|---|---|---|

Amount claimed: $463.69 ||||

History:

| Details | 🔘 | 15-1 | 11/30/2012 | Claim #15 filed by FIA Card Services, N.A. as successor to, Amount claimed: $463.69 (Auto-Claim Filer) |
|---|---|---|---|---|

Description:

Remarks: (15-1) Account Number (last 4 digits):5624

| Creditor: (22428774) Internal Revenue Service Post Office Box 7346 Philadelphia PA 19101-7346 | **Claim No: 16** Original Filed Date: 12/10/2012 Original Entered Date: 12/10/2012 | Status: Filed by: CR Entered by: Internal Revenue Service Modified: |
|---|---|---|

Amount claimed: $1000.00 |||
Secured claimed: $0.00 |||
Priority claimed: $0.00 |||

History:

| Details | 🔘 | 16-1 | 12/10/2012 | Claim #16 filed by Internal Revenue Service, Amount claimed: $1000.00 (Internal Revenue Service) |
|---|---|---|---|---|

Description:

Remarks:

| Creditor:        (22847447)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 17<br>*Original Filed Date:* 12/17/2012<br>*Original Entered Date:* 12/17/2012 | Status:<br>*Filed by:* CR<br>*Entered by:* American InfoSource (LW)<br>*Modified:* |
|---|---|---|

| Amount claimed: $693.28 ‖‖ |
|---|

| History: |
|---|
| Details ◉ | 17-1 | 12/17/2012 | Claim #17 filed by Capital One Bank (USA), N.A., Amount claimed: $693.28 (American InfoSource (LW)) |

| Description: |
|---|
| Remarks:        *6065* |

| Creditor:        (22847447)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 18<br>*Original Filed Date:* 12/17/2012<br>*Original Entered Date:* 12/17/2012 | Status:<br>*Filed by:* CR<br>*Entered by:* American InfoSource (LW)<br>*Modified:* |
|---|---|---|

| Amount claimed: $3342.31 ‖‖ |
|---|

| History: |
|---|
| Details ◉ | 18-1 | 12/17/2012 | Claim #18 filed by Capital One Bank (USA), N.A., Amount claimed: $3342.31 (American InfoSource (LW)) |

| Description: |
|---|
| Remarks:        *3412* |

| Creditor:        (22880224)<br>Sallie Mae Inc, On Behalf of The<br>Department of Education<br>DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | Claim No: 19<br>*Original Filed Date:* 12/27/2012<br>*Original Entered Date:* 12/27/2012 | Status:<br>*Filed by:* CR<br>*Entered by:* Sallie Mae Inc (TN)<br>*Modified:* |
|---|---|---|

| Amount claimed: $7309.39 ‖‖ |
|---|

| History: |
|---|
| Details ◉ | 19-1 | 12/27/2012 | Claim #19 filed by Sallie Mae Inc, On Behalf of The, Amount claimed: $7309.39 (Sallie Mae Inc (TN)) |

| Description: |
|---|
| Remarks:        *2146* |

| | | |
|---|---|---|

| History: |
|---|
| Details ◉ | 20-1 | 01/15/2013 | Claim #20 filed by Webbank-Fingerhut, Amount claimed: $268.76 (Gray, Kelly ) |

| Description: |
|---|
| Remarks: |

| Creditor: (22932498)<br>Webbank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN 56303 | Claim No: 20<br>*Original Filed*<br>*Date*: 01/15/2013<br>*Original Entered*<br>*Date*: 01/15/2013 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Kelly Gray<br>*Modified*: |
|---|---|---|

| Amount claimed: $268.76 |
|---|

*History:*

| Details | 20-1 | 01/15/2013 | Claim #20 filed by Webbank-Fingerhut, Amount claimed: $268.76 (Gray, Kelly ) |
|---|---|---|---|

*Description:*

*Remarks:* 6724

| Creditor: (22945709)<br>Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim No: 21<br>*Original Filed*<br>*Date*: 01/18/2013<br>*Original Entered*<br>*Date*: 01/18/2013 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Resurgent Capital Services<br>*Modified*: |
|---|---|---|

| Amount claimed: $2108.33 |
|---|
| Secured claimed: $0.00 |

*History:*

| Details | 21-1 | 01/18/2013 | Claim #21 filed by Dell Financial Services, LLC, Amount claimed: $2108.33 (Resurgent Capital Services) |
|---|---|---|---|

*Description:*

*Remarks:* 7999

| Creditor: (22972617)<br>PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim No: 22<br>*Original Filed*<br>*Date*: 01/24/2013<br>*Original Entered*<br>*Date*: 01/24/2013 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Resurgent Capital Services<br>*Modified*: |
|---|---|---|

| Amount claimed: $5161.76 |
|---|
| Secured claimed: $0.00 |

*History:*

| Details | 22-1 | 01/24/2013 | Claim #22 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $5161.76 (Resurgent Capital Services) |
|---|---|---|---|

*Description:*

*Remarks:* 4036

| Creditor: (22972617)<br>PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim No: 23<br>Original Filed<br>Date: 01/24/2013<br>Original Entered<br>Date: 01/24/2013 | Status:<br>Filed by: CR<br>Entered by: Resurgent Capital Services<br>Modified: |
|---|---|---|

| Amount | claimed: | $5903.22 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |

History:

| Details | ◉ | 23-1 | 01/24/2013 | Claim #23 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $5903.22 (Resurgent Capital Services) |
|---|---|---|---|---|

Description:

Remarks: *1793*

| Creditor: (22972617)<br>PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim No: 24<br>Original Filed<br>Date: 01/24/2013<br>Original Entered<br>Date: 01/24/2013 | Status:<br>Filed by: CR<br>Entered by: Resurgent Capital Services<br>Modified: |
|---|---|---|

| Amount | claimed: | $1028.54 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |

History:

| Details | ◉ | 24-1 | 01/24/2013 | Claim #24 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $1028.54 (Resurgent Capital Services) |
|---|---|---|---|---|

Description:

Remarks: *0175*

| Creditor: (22997482)<br>MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim No: 25<br>Original Filed<br>Date: 01/29/2013<br>Original Entered<br>Date: 01/29/2013 | Status:<br>Filed by: CR<br>Entered by: Resurgent Capital Services<br>Modified: |
|---|---|---|

| Amount | claimed: | $2863.34 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |

History:

| Details | ◉ | 25-1 | 01/29/2013 | Claim #25 filed by MERRICK BANK, Amount claimed: $2863.34 (Resurgent Capital Services) |
|---|---|---|---|---|

Description:

Remarks: *8569*

| Creditor:        (22428841)<br>Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181 | Claim No: 26<br>*Original Filed<br>Date*: 01/31/2013<br>*Original Entered<br>Date*: 01/31/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Credit First NA (LW)<br>*Modified:* |
|---|---|---|

Amount claimed: $1377.53

| History: | | | |
|---|---|---|---|
| Details | ● | 26-1 | 01/31/2013 | Claim #26 filed by Credit First/CFNA, Amount claimed: $1377.53 (Credit First NA (LW)) |

Description:

Remarks:  2-146

---

| Creditor:        (22972617)<br>PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim No: 27<br>*Original Filed<br>Date*: 02/01/2013<br>*Original Entered<br>Date*: 02/01/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Resurgent Capital Services<br>*Modified:* |
|---|---|---|

Amount claimed: $2001.92
Secured claimed: $0.00

| History: | | | |
|---|---|---|---|
| Details | ● | 27-1 | 02/01/2013 | Claim #27 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $2001.92 (Resurgent Capital Services) |

Description:

Remarks:  9439

---

| Creditor:        (22972617)<br>PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim No: 28<br>*Original Filed<br>Date*: 02/01/2013<br>*Original Entered<br>Date*: 02/01/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Resurgent Capital Services<br>*Modified:* |
|---|---|---|

Amount claimed: $3805.04
Secured claimed: $0.00

| History: | | | |
|---|---|---|---|
| Details | ● | 28-1 | 02/01/2013 | Claim #28 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $3805.04 (Resurgent Capital Services) |

Description:

Remarks:  7153

| Creditor:        (23052451)<br>Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Claim No: 29<br>*Original Filed*<br>*Date*: 02/08/2013<br>*Original Entered*<br>*Date*: 02/08/2013 | Status:<br>*Filed by*: CR<br>*Entered by*: Bass & Associates, P.C.<br>(AB)<br>*Modified*: |
|---|---|---|

Amount claimed: $937.64   |||

*History:*

| Details | ◕ | 29-1 | 02/08/2013 | Claim #29 filed by Capital One, N.A., Amount claimed: $937.64 (Bass & Associates, P.C. (AB)) |
|---|---|---|---|---|

*Description:*

*Remarks:*   1559

| Creditor:        (23064154)<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Claim No: 30<br>*Original Filed*<br>*Date*: 02/13/2013<br>*Original Entered*<br>*Date*: 02/13/2013 | Status:<br>*Filed by*: CR<br>*Entered by*: Portfolio Recovery<br>Associates, LLC<br>*Modified*: |
|---|---|---|

Amount claimed: $11328.82   |||

*History:*

| Details | ◕ | 30-1 | 02/13/2013 | Claim #30 filed by Portfolio Recovery Associates, LLC, Amount claimed: $11328.82 (Portfolio Recovery Associates, LLC) |
|---|---|---|---|---|

*Description:*

*Remarks:*   2670

| Creditor:        (23064948)<br>CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541 | Claim No: 31<br>*Original Filed*<br>*Date*: 02/13/2013<br>*Original Entered*<br>*Date*: 02/13/2013 | Status:<br>*Filed by*: CR<br>*Entered by*: Portfolio Recovery<br>Associates, LLC<br>*Modified*: |
|---|---|---|

Amount claimed: $526.46   |||

*History:*

| Details | ◕ | 31-1 | 02/13/2013 | Claim #31 filed by CAPITAL ONE BANK (USA), N.A., Amount claimed: $526.46 (Portfolio Recovery Associates, LLC) |
|---|---|---|---|---|

*Description:*   4459

*Remarks:*

| | | |
|---|---|---|

*History:*

| Details | ◕ | 32-1 | 02/14/2013 | Claim #32 filed by CAPITAL ONE BANK (USA), N.A., Amount claimed: $1916.83 (Portfolio Recovery Associates, LLC) |
|---|---|---|---|---|

*Description:*

*Remarks:*

| Creditor:        (23064948) | Claim No: 32 | Status: |
|---|---|---|
| CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541 | Original Filed<br>Date: 02/14/2013<br>Original Entered<br>Date: 02/14/2013 | Filed by: CR<br>Entered by: Portfolio Recovery<br>Associates, LLC<br>Modified: |

| Amount | claimed: | $1916.83 | | ‖‖ |
|---|---|---|---|---|

**History:**

| Details | ○ | 32-1 | 02/14/2013 | Claim #32 filed by CAPITAL ONE BANK (USA), N.A., Amount claimed: $1916.83 (Portfolio Recovery Associates, LLC) |
|---|---|---|---|---|

Description:

Remarks: *5597*

## Claims Register Summary

**Case Name:** Courtney Barrington Boyd and Marlene Boyd
**Case Number:** 6:12-bk-11561-CCJ
**Chapter:** 7
**Date Filed:** 08/24/2012
**Total Number Of Claims:** 32

| Total Amount Claimed* | $94142.27 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $0.00 | |
| **Administrative** | | |



| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/13/2013 17:28:08 | | |
| PACER Login: | am7140 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 6:12-bk-11561-CCJ Filed or Entered From: 1/1/1900 Filed or Entered To: 12/13/2013 |
| Billable Pages: | 3 | Cost: | 0.30 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-11561
Case Name: COURTNEY BARRINGTON BOYD
            MARLENE BOYD
Trustee Name: ARVIND MAHENDRU

        Balance on hand                               $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ARVIND MAHENDRU | $ | $ | $ |
| Trustee Expenses: ARVIND MAHENDRU | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses     $_____

      Remaining Balance                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Partners Fed Cr Un | $ | $ | $ |
| 2 | American InfoSource LP as agent for | $ | $ | $ |
| 3 | American InfoSource LP as agent for | $ | $ | $ |
| 4 | Discover Bank | $ | $ | $ |
| 5 | GE Capital Retail Bank | $ | $ | $ |
| 6 | Portfolio Investments II LLC | $ | $ | $ |
| 7 | Portfolio Investments II LLC | $ | $ | $ |
| 8 | Portfolio Investments II LLC | $ | $ | $ |
| 9 | Portfolio Investments II LLC | $ | $ | $ |
| 10 | Portfolio Investments II LLC | $ | $ | $ |
| 11 | Portfolio Investments II LLC | $ | $ | $ |
| 12 | Portfolio Investments II LLC | $ | $ | $ |
| 13 | RBS Citizens | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | N. A. as successor to FIA Card Services | $ | $ | $ |
| 15 | N. A. as successor to FIA Card Services | $ | $ | $ |
| 16 | Internal Revenue Service | $ | $ | $ |
| 17 | N. A. Capital One Bank (USA) | $ | $ | $ |
| 18 | N. A. Capital One Bank (USA) | $ | $ | $ |
| 19 | Sallie Mae Inc, On Behalf of The | $ | $ | $ |
| 20 | Webbank-Fingerhut | $ | $ | $ |
| 21 | Dell Financial Services, LLC | $ | $ | $ |
| 22 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 23 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 24 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 25 | MERRICK BANK | $ | $ | $ |
| 26 | Credit First/CFNA | $ | $ | $ |
| 27 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 28 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 29 | N. A. Capital One | $ | $ | $ |
| 30 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 31 | N. A. CAPITAL ONE BANK (USA) | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 32 | N. A. CAPITAL ONE BANK (USA) | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE